**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 31, 2009

Charles R. Fulbruge III
Clerk

No. 08-20597

MARTHA CAMP, Individually and as Executrix of the Estate of Earnest S
Camp and on behalf of University Bookstore Inc and University Bookstore Inc
Employee Stock Ownership Plan; ESTATE OF EARNEST S CAMP

Plaintiffs-Appellants

v.

RCW & CO INC, doing business as Roland Criss & Company, LTD;
CHRISTINE DENTON; ROLAND CRISS INVESTMENTS CORPORATION;
DANIEL HOLLMAN; HOLLMAN LYON PATTERSON & DURELL INC;
ERIN BONNER; PREFERRED BUSINESS SERVICES INC, doing business
as Liberty Business Exchange; MCCLURE SCHUMACHER & ASSOCIATES
LLP; BRUCE RUUD & ASSOCIATES LLC; MCCLURE & SCHUMACHER
PC; JEFFREY A SCHUMACHER

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CV-3580

Before KING, HIGGINBOTHAM, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

The judgment of the district court is AFFIRMED for essentially the reasons provided in its Memorandum and Order of May 3, 2007, and its Memorandum and Order of August 15, 2008.[1]

---

[1] We are satisfied that the district court correctly dismissed any joint and several liability claims against Daniel Hollmann and the law firm of Hollmann, Lyon, Patterson & Durell, Inc., in these orders.